OFFICE OF DISCIPLINARY COUNSEL *v.* SWEENEY.

[Cite as *Disciplinary Counsel v. Sweeney* (1997), 79 Ohio St.3d 33.]

(No. 97–440—Submitted April 16, 1997—Decided June 18, 1997.)

**34**

*Geoffrey Stern,* Disciplinary Counsel, and *Cynthia C. Roehl,* Assistant Disciplinary Counsel, for relator.

_____

*Per Curiam.* We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended indefinitely from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.